KAB

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TL Harvey, | No. CV 22-00295-PHX-JAT (JZB) |
| Plaintiff, | |
| v. | **ORDER** |
| Ak Chin Indian Community, et al., | |
| Defendants. | |

    Plaintiff TL Harvey, brought this pro se action against Defendants Ak Chin Indian Community, Ak Chin Tribal Gaming Agency, Caesars Entertainment Corporation, and individual Defendant tribal police officers Sordia, Gonzalez, and Trevino. (Doc. 1.) In a November 4, 2022 Order, the Court dismissed Plaintiff's claims and directed the Clerk of the Court to enter Judgment. (Doc. 22.) Judgment was entered that day. (Doc. 23.)

    Plaintiff now seeks an extension of time to file a "Motion for Reconsideration" and asserts that he has shown good cause pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. (Doc. 24.)

    Although Plaintiff does not specify the rule under which he intends to seek reconsideration, because Judgment has entered in this action, it appears that Plaintiff intends to seek relief pursuant to either Rules 59(e) or 60(b) of the Federal Rules of Civil Procedure. The Court lacks authority to grant Plaintiff an extension of time to file a motion pursuant to Rules 59(e) or 60(b) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 6(b)(2) ("A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b),

(d), and (e), and 60(b)." ).  Accordingly, Plaintiff's request for an extension of time to file a motion for reconsideration is denied.

**IT IS ORDERED** that Plaintiff's Motion for Extension to File a Motion for Reconsideration (Doc. 24) is **denied**.

Dated this 18th day of November, 2022.

                                        James A. Teilborg
                              Senior United States District Judge